IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CV190 |
| vs. | |
| ENTERPRISE PRODUCTS OPERATING, L.L.C. and MID-AMERICA PIPELINE, L.L.C., | ORDER |
| Defendants. | |

This matter is before the Court on the motion to enter the parties' proposed consent decree (filing 4) filed by plaintiff United States of America. The United States has provided public notice of the proposed consent decree, and allowed for and considered public comments (*see* filings 5-1 and 5-2), pursuant to 28 C.F.R. § 50.7. The proposed decree resolves the claims made by the United States against both defendants for violations of the Clean Water Act, 33 U.S.C. § 1251 *et seq*.

The Court has considered the United States' brief in support of its motion (filing 5) and the proposed consent decree. The Court finds that the terms of the proposed decree are fair, reasonable, and consistent with the objectives of the Clean Water Act and all applicable laws and regulations. Accordingly,

IT IS ORDERED:

1. The motion to enter consent decree (filing 4) filed by plaintiff United States of America is granted; and

2. The Clerk of the Court shall file the Consent Decree, as signed and dated by the undersigned United States District Judge, as a separate document following the filing of this order.

Dated this 15th day of August, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge