IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ENTERPRISE PRODUCTS OPERATING, LLC; and MID-AMERICA PIPELINE COMPANY, LLC,<br><br>　　　　　Defendants. | 8:12-CV-190<br><br>JUDGMENT |

This matter is before the Court on the parties' Joint Stipulation Terminating the Consent Decree. Filing 10. That motion will be granted.

On August 15, 2012, the Court granted the parties' motion to enter a consent decree. Filing 8. Pursuant to the consent decree, the defendants were required, among other matters, to pay a civil penalty and satisfactorily comply with certain environmental-related requirements. The consent decree further provided:

> 72. After Settling Defendants have satisfactorily complied with the requirements of this Decree for a period of 4 years, and have paid the civil penalty and any accrued stipulated penalties as required by this Consent Decree, Settling Defendants may serve upon the United States a Request for Termination, stating that Settling Defendants have satisfied those requirements, together with all necessary supporting documentation.
>
> 73. Following receipt by the United States of Settling Defendants' Request for Termination, the Parties shall confer informally concerning the Request and any disagreement that the Parties may have as to whether Settling Defendants have satisfactorily

complied with the requirements for termination of this Consent Decree. If the United States agrees that the Decree may be terminated, the Parties shall submit, for the Court's approval, a joint stipulation terminating the Decree.

Filing 9 at 26-27.

The parties have informed the Court that the defendants have complied with the requirements set forth in the consent decree, and all parties agree that the decree should be terminated. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation Terminating the Consent Decree (filing 10) is granted.

2. The consent decree is terminated.

Dated this 21st day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge